11/21/2007 15:54   8587931235                    LAW OFFICES

ORIGINAL
PAGE 01

FILED
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

SPRINT COMMUNICATIONS COMPANY L.P., a Delaware Limited Partnership
v.
RICCI/WELCH, INC., an Illinois corporation

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

SPRINT COMMUNICATIONS COMPANY L.P., a Delaware Limited Partnership

**(A)**
SIGNATURE: [signed]
NAME: Mark Pollick
FIRM: Mark Pollick APC
STREET ADDRESS: 12520 High Bluff Drive #360
CITY/STATE/ZIP: San Diego, CA 92130
TELEPHONE NUMBER: 858.793.7936
FAX NUMBER: 858.793.1235
E-MAIL ADDRESS: mark@pollicklaw.com
IDENTIFICATION NUMBER: California State Bar #67163
MEMBER OF TRIAL BAR? Pro Hac Vice    YES ☑   NO ☐
TRIAL ATTORNEY? YES ☑   NO ☐

**(B)**
SIGNATURE: [signed]
NAME: John Pollick
FIRM: McGuire Woods LLP
STREET ADDRESS: 77 W. Wacker Drive #4100
CITY/STATE/ZIP: Chicago, IL 60601
TELEPHONE NUMBER: 312.849.8100
FAX NUMBER: 312.920.9928
E-MAIL ADDRESS: jpollick@mcguirewoods.com
IDENTIFICATION NUMBER: Illinois State Bar #037-6722
MEMBER OF TRIAL BAR?   YES ☑   NO ☑
TRIAL ATTORNEY?   YES ☐   NO ☑
DESIGNATED AS LOCAL COUNSEL?   YES ☑   NO ☐

**(C)**
SIGNATURE:
NAME:
FIRM:
STREET ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:    FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER:
MEMBER OF TRIAL BAR? YES ☐   NO ☐
TRIAL ATTORNEY? YES ☐   NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐   NO ☐

**(D)**
SIGNATURE:
NAME:

07CV6665
JUDGE MORAN
MAGISTRATE JUDGE DENLOW

E-MAIL ADDRESS:
IDENTIFICATION NUMBER:
MEMBER OF TRIAL BAR? YES ☐   NO ☐
TRIAL ATTORNEY? YES ☐   NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐   NO ☐