ORIGINAL *HN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., a Delaware Limited Partnership | ) | CASE NO: 07CV6665 |
| | ) | |
| | ) | Judge James B. Moran |
| Plaintiff, | ) | Magistrate Judge Morton Denlow |
| | ) | |
| v. | ) | |
| | ) | |
| RICCI/WELCH, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**F I L E D**
12-11-2007
DEC 1 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF INTERESTED PERSONS

## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)     the name of each person, attorney, association of persons, firm, law firm, p a r t n e r s h i p , a n d corporation that has or may have an interest in the outcome of this action --- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      a.     SPRINT COMMUNICATIONS COMPANY L.P., a Delaware Limited Partnership

      b.     U.S. TELECOM, INC., a Kansas corporation

      c.     UCOM, INC., a Missouri corporation

      d.     SPRINT CORPORATION, a Kansas corporation

2.)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      a.     UTELCOM, INC., a Kansas corporation

      b.     NEXTEL, INC.

      c.     NEXTEL PARTNERS, INC., a Washington corporation

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors( in bankruptcy cases:

1

Not applicable.

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a.    SPRINT COMMUNICATIONS COMPANY L.P., a Delaware Limited Partnership

5.)    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict..

Respectfully submitted,

DATED:   December 4, 2007                By:    _____

Mark Pollick (CASBN 67163)
MARK POLLICK APC
12520 High Bluff Drive - Suite 360
San Diego, California 92130
858.793.7936
Fax: 858.793.1235

**ATTORNEY FOR PLAINTIFF**
**SPRINT COMMUNICATIONS**