ORIGINAL  CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., a Delaware Limited Partnership<br><br>    Plaintiff,<br><br>v.<br><br>RICCI/WELCH, INC., an Illinois corporation,<br><br>    Defendant. | CASE NO: 07CV6665<br><br>JUDGE MORAN<br>MAGISTRATE JUDGE DENLOW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

SPRINT COMMUNICATIONS COMPANY
L.P., a Delaware Limited Partnership

V.

RICCI/WELCH, INC., an Illinois corporation

CASE NUMBER: 07CV6665
ASSIGNED JUDGE: JUDGE MORAN
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Ricci/Welch, Inc.
4050 Industrial Avenue
Rolling Meadows, Illinois 60008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Pollick (CASBN 67163)
Mark Pollick APC
12520 High Bluff Drive - Suite 360
San Diego, CA 92130

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA
(By) DEPUTY CLERK

DATE: NOV 27 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/18/07 |
| NAME OF SERVER (PRINT) JACK KING | TITLE LICENSED P.I. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): RICCI/WELCH, INC.  12/18/07  2:50P
c/o: SUZETTA COOK, MANAGER
4050 INDUSTRIAL AVE
ROLLING MEADOWS, ILL.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/07
           Date

Signature of Server: /s/ Jack King

CADILLAC INVESTIGATIONS CORP.
77 W. WASHINGTON #705
CHICAGO, IL 60602
Address of Server

FILED
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.