## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Sprint Communications Company L.P.

                                      Plaintiff,

v.                                                                  Case No.: 1:07−cv−06665
                                                                   Honorable James B. Moran

Ricci/Welch, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge James B. Moran : Status hearing set for 3/18/2008 is stricken and reset to 4/29/2008 at 09:15 AM. Court's docket entry #14 dated 2/27/2008 is vacated (entered in error).Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.